UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ED ARO <br> Arnold & Porter LLP <br> 370 17th Street <br> Denver, CO 80202, <br><br>      Plaintiff, <br><br>    v. <br><br> FEDERAL BUREAU OF PRISONS <br> 320 First St., NW <br> Washington, DC 20534, <br><br>      Defendant. | Case Number: 12-cv-01012-RMC |

**MOTION FOR ADMISSION PRO HAC VICE**

COMES NOW, Michael A. Berta, a member in good standing of the Bar of the District of Columbia, duly admitted to practice law in the Courts of the District of Columbia and this Court, and moves pursuant to LCvR 83.2 for admission *Pro Hac Vice* of Kent A. Yalowitz in the above-styled case for all purposes in the within action as if he were a duly qualified member in good standing of the Bar of the District of Columbia and of this Court.

Kent A. Yalowitz has been a member in good standing of the Bar of the State of New York since 1988.  He is an inactive member of the D.C. Bar (Bar No. 440230), and is a member of the firm of Arnold & Porter LLP.

WHEREFORE, Michael A. Berta respectfully moves this Court for an Order admitting

Kent A. Yalowitz *Pro Hac Vice* as attorney for Defendant The Adam Corporation/Group.


Dated:  June 27, 2012                          By   /s/ Michael A. Berta
                                                    Michael A. Berta (462670)
                                                    ARNOLD & PORTER LLP
                                                    Three Embarcadero Center, 7th Floor
                                                    San Francisco, CA 94111-4024
                                                    Telephone:  415.471.3100
                                                    Facsimile:  415.471.3400
                                                    E-Mail:  Michael.Berta@aporter.com

                                                    Attorneys for Plaintiff