AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ED ARO<br>Arnold & Porter LLP<br>370 17th Street<br>Denver, CO 80202<br><br>*Plaintiff(s)*<br>v.<br>FEDERAL BUREAU OF PRISONS<br>320 First St., NW<br>Washington, DC 20534<br><br>*Defendant(s)* | Civil Action No. 12-cv-01012-RMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FEDERAL BUREAU OF PRISONS
Central Office
320 First St., NW
Washington, DC 20534

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael A. Berta, Esq.
    Arnold & Porter LLP
    Three Embarcadero Center, 7th Floor
    San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/27/12

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Ed Aro**

        Plaintiff(s),

VS.

**Federal Bureau of Prisons**

        Defendant(s).

Attorney: Michael A. Berta, Esq.

Arnold & Porter LLP
555 12th St., NW
Washington DC 20004

*59095*

**Case Number: 12-cv-01012-RMC**

Legal documents received by Same Day Process Service, Inc. on **06/27/2012** at **1:50 PM** to be served upon **Federal Bureau of Prisons, at 320 First St., NW , Washington, DC, 20534**

I, Keisha Brothers, swear and affirm that on **June 27, 2012** at **2:18 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons ina Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Notice of Motion and Plaintiff's Motion to Seal the Confidential Complaint; Memorandum of Points and Authorities of Ed Aro in Support of his Motion to Seal; Exhibit; Order dated June 20th, 2012; Complaint (Public Redacted Version); Civil Cover Sheet; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Confidential Sealed Version of Complaint** to **RENA DESAI** as Counsel & Authorized Agent at **320 First St., NW , Washington, DC 20534** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 27 Height: 5"4"-5"8" Weight: 100-130 lbs Skin Color: Middle Eastern Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Keisha Brothers**
Process Server

**Same Day Process Service, Inc.**
1219 11th St., NW
Washington DC 20001

(202)-398-4200

Internal Job ID:59095

District of Columbia: SS
Subscribed and Sworn to before me,
this 27th day of June 2012

_____
Andrew Yonki, Notary Public, D.C.
My commission expires September 14, 2014

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 12-cv-01012-RMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __FEDERAL BUREAU of PRISONS__
was received by me on *(date)* __June 27, 2012__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __RENA DESAI__, who is
designated by law to accept service of process on behalf of *(name of organization)* __FEDERAL BUREAU OF PRISONS__ on *(date)* __June 27, 2012__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __June 27, 2012__

_____
Server's signature

__KEISHA O. BROTHERS, PRIVATE PROCESS SERVER__
Printed name and title

__SAME DAY PROCESS__
__1219 11th ST NW WASHINGTON, DC 20001__
Server's address

Additional information regarding attempted service, etc: