AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ED ARO<br>Arnold & Porter LLP<br>370 17th Street<br>Denver, CO 80202<br><br>*Plaintiff(s)*<br>v.<br>FEDERAL BUREAU OF PRISONS<br>320 First St., NW<br>Washington, DC 20534<br><br>*Defendant(s)* | Civil Action No. 12-cv-01012-RMC |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ronald C. Machen, Jr.
United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A. Berta, Esq.
Arnold & Porter LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/10/12

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Ed Aro**

    Plaintiff(s),

VS.

**Federal Bureau of Prisons**

    Defendant(s).

Attorney: Michael A. Berta, Esq.

Arnold & Porter LLP
555 12th St., NW
Washington DC 20004

*59554*

Case Number: 12-cv-01012-RMC

Legal documents received by Same Day Process Service, Inc. on **07/11/2012** at **5:02 PM** to be served upon **Ronald C. Machen, Jr., United States Attorney for the District of Columbia, at 501 3rd St., NW, Washington, DC, 20530**

I, **Brandon Snesko**, swear and affirm that on **July 13, 2012** at **12:08 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Order dated June 20th 2012; Civil Case Cover Sheet; Complaint; Notice of Motion and Plaintiff's Motion to Seal the Confidential Complaint; Memorandum of Points and Authorities of Ed Aro in Support of His Motion to Seal; Exhibit A; Order with Sealed Envelope** to **GARY NAILS** as **Authorized Agent** at **501 3rd St., NW, Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 30 Height: 5"9"-6"0" Weight: 161-200 lbs Skin Color: Black Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon Snesko**
Process Server

**Same Day Process Service, Inc.**
1219 11th St., NW
Washington DC 20001

(202)-398-4200

Internal Job ID:59554

District of Columbia: SS
Subscribed and Sworn to before me,
this 13th day of July 2012

Andrew Yonki, Notary Public, D.C.
My commission expires September 14,